UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| FARHAD ARSHAD, | ) | |
| | ) | NO. CV-05-5019-LRS |
| Plaintiff, | ) | |
| | ) | ORDER DENYING EMERGENCY |
| -vs- | ) | MOTION FOR A PROTECTIVE ORDER |
| | ) | |
| COLUMBIA BASIN COLLEGE, LEE | ) | |
| THORNTON and JANE DOE THORNTON, | ) | |
| husband and wife, RICH CUMMINS | ) | |
| and MEG WOODS, husband and wife, | ) | |
| DEBORAH MEADOWS and JOHN DOE | ) | |
| MEADOWS, wife and husband, CAROL | ) | |
| WALKER and JOHN DOE WALKER, wife | ) | |
| and husband, JERRY DELICH and | ) | |
| JANE DOE DELICH, husband and | ) | |
| wife, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

BEFORE THE COURT is Plaintiff Farhad Arshad's Motion for an Order Shortening Time and Request to Have This Matter Heard at 9:30 A.M. on November 15, 2005 and Plaintiff's Emergency Motion for a Protective Order (Ct. Rec. 10), filed on November 14, 2005. Defendants' counsel Carl P. Warring filed a Declaration in response to Plaintiff's motion (Ct. Rec. 12) on November 14, 2005.

A preliminary telephonic status conference was held in the above-entitled matter on November 15, 2005. Janet Taylor participated on behalf of Plaintiff; Carl Warring participated on behalf of Defendants. The purpose of the preliminary status conference was to ascertain Defendants' comments and/or objections and to determine the

ORDER DENYING EMERGENCY ..... - 1

appropriateness of having the motions advance before the Court.  During the status conference, Plaintiff agreed to endeavor to produce discovery generally requested by the defense prior to Plaintiff's rescheduled deposition.  In response, Defendants agreed to temporarily withhold further pursuit of its outside investigation of Plaintiff's financial status until Defendants have reviewed the discovery to be produced by Plaintiff.  However, nothing contained herein shall preclude either party from further investigating matters relating to their respective claims and defenses nor shall this order be construed as a bar restraining the Defendants from further investigation of Plaintiff in the event the requested discovery cannot be worked out to the mutual satisfaction of the parties.  Accordingly,

**IT IS ORDERED**:

1.  Plaintiff Farhad Arshad's Motion for an Order Shortening Time and Request to Have This Matter Heard at 9:30 a.m. on November 15, 2005 and Plaintiff's Emergency Motion for a Protective Order, **Ct. Rec. 10**, filed on November 14, 2005, is **DENIED without prejudice**.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 16th day of November, 2005.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER DENYING EMERGENCY ..... - 2